**Order filed, December 11, 2017.**



### In The
# Court of Appeals
### For The
## First District of Texas
_____

### NO. 01-17-00812-CV

### IRENE GILES, Appellant

### V.

### THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDER OF THE CWABS INS ASSET-BACKED CERTIFICATEHOLDERS SERIES 2006-14, Appellee

---

### On Appeal from the Co Civil Ct at Law No 4
### Harris County, Texas
### Trial Court Case 1096013

---

### ORDER

The reporter's record in this case was due December 6, 2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM